## (December 14, 1953.)

■

In the Matter of GERTRUDE PERRI, as Guardian ad Litem of MARY MISIANA, an Infant, against DOLORES MAFFEI.— Application pursuant to section 66 of the Civil Practice Act, denied, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate Schmidt and Beldock, JJ.

■

SARAH BAXENDALE, Respondent, v. BECKWITH Co., INC., et al., Appellants. — Defendants appeal from an order dated September 4, 1953, granting plaintiff's motion for a change of venue from the Supreme Court, Dutchess County, to the Supreme Court, Nassau County, and from so much of a further order dated November 10, 1953, as denied defendants' motion to change the venue back to Dutchess County. Order of September 4, 1953, and order of November 10, 1953, insofar as appealed from, affirmed, with one bill of $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

■

JOSEPH G. COHEN, Respondent, v. SAMUEL WACHT, JR., et al., Appellants.— In an action to compel specific performance of agreements made between the stockholders of defendant corporations and for other relief, defendants appeal from two orders denying separate and respective motions to dismiss the complaint, pursuant to rule 106 of the Rules of Civil Practice, on the ground that it does not state facts sufficient to constitute a cause of action. Orders affirmed, without costs. No opinion. Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ., concur. [See 283 App. Div. 660.]